IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-297-SDJ-KPJ |
| MARCO PEDRO ALONSO (1) | § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 16, 2023, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #40), that Defendant Marco Pedro Alonso's ("Defendant") Motion to Suppress (the "Motion"), (Dkt. #21) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion (Dkt. #21) is hereby **DENIED.**

So ORDERED and SIGNED this 1st day of November, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE